IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK DEVON GRIFFIN,
    Plaintiff,

vs.                                       Case No.  3:10cv367/MCR/MD

WALTER A. MCNEIL,
    Defendant.
    _____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 29, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) as malicious.

DONE AND ORDERED this 6th day of January, 2010.

                              *s/ M. Casey Rodgers*
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE